IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TONJA PARRA, Special Administrator for heirs and next-of-kin, The Estate of Mary Jane McLaughlin;<br><br>Plaintiff,<br><br>vs.<br><br>THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, Inc.;<br><br>Defendant. | 4:18CV3029<br><br>ORDER |

Plaintiff's Motion to Continue, (Filing No. 7), is hereby granted, and

IT IS ORDERED:

(1) Within forty-five (45) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation).

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

April 18, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge