## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TONJA PARRA, Special Administrator for heirs and next-of-kin, The Estate of Mary Jane McLaughlin; | **4:18CV3029** |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, Inc.; | |
| Defendant. | |

Pursuant to the parties' stipulation for dismissal of this case, (Filing No. 9),

IT IS ORDERED, ADJUDGED AND DECREED that all claims and counterclaims between Plaintiff and Defendant are dismissed with prejudice, the parties to pay their own costs and attorney fees.

Dated this 14th day of June, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge